**Order filed November 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00628-CV

_____

### In the Interest of J.M.F., Jr., a child

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2019-04346J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **October 31, 2022.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, William Leslie Shireman, to file appellant's brief no later than **November 10, 2022.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.